IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED

MAY 29 2019

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

LEONARD D. BROWN

Case No. 2:19mj295
Court Date: July 18, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation Notice No. 7253407

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 20, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LEONARD D. BROWN, did drive a motor vehicle on a highway aggressively by driving on the shoulder of the highway and off the pavement while passing and overtaking a vehicle.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-841(B) and Section 46.2-868.1).

### COUNT TWO
(Misdemeanor)- Violation Notice No. 7253408

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 20, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LEONARD D. BROWN, did knowingly, willfully and unlawfully, display, cause and permit to be displayed a license plate that he knew was issued for another vehicle.

(In violation of Title 18, United States Code, Section 13, assimilating Code of Virginia Section 46.2-613(2)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *(signature)*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*(signature)*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

28 May 2019
Date